**Johnny JENKINS, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 21, 2001.

***ORDER***

PER CURIAM:

**AND NOW,** this 21st day of June, 2001, the order of the Commonwealth Court is hereby **AFFIRMED.**

---

**SENECA VALLEY SCHOOL DISTRICT, A Second Class School District of the Commonwealth of Pennsylvania, Appellee,**

v.

**Eugene W. HICKOCK, in his Official Capacity as Secretary of Education, and the Department of Education of the Commonwealth of Pennsylvania, Appellants.**

Karns City Area School District, Mars Area School District, Brookville Area School District, East Allegheny School District, Intervenors.

Supreme Court of Pennsylvania.

July 17, 2001.

***ORDER***

PER CURIAM

And now, this 17th day of July, 2001, Intervenors' motion to dismiss the appellant's emergency application for an order reinstating automatic supersedeas, which we will treat as a motion to vacate our order dated March 1, 2001, reinstating the automatic supersedeas, is granted; the order of the Commonwealth Court is affirmed, and the case is remanded to Commonwealth Court to address the underlying issues on the merits.